THEODORE MINER, RESPONDENT, *v.* THOMAS GARDINER, JR., APPELLANT.

*Inspection of books — when not allowed — Value of services in keeping books — how proved.*

In an action brought to recover for services rendered as book-keeper, an inspection of the books of the defendant should not be ordered to enable the plaintiff to have them examined by an expert, so that he may testify from their appearance as to the value of the services rendered in keeping them. The proper way is to prove the services and the time occupied in performing them, and then prove their value.

APPEAL from an order denying a motion made by defendant for a reference, and from an order granting an inspection of books of the defendant.

*Roe & Macklin*, for the appellant.

*Wm. Dudley Foulke*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., and GILBERT, J.

Order denying reference affirmed with costs; order granting inspection reversed, with costs.